**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| | : |
| LATIONYIA CLEMONS, | : COURT OF COMMON PLEAS |
| 5817 Hazel Avenue | : COUNTY OF PHILADELPHIA, PA |
| Philadelphia, PA 19143 | : |
| vs. | : Case No. |
| | : |
| NEW JERSEY MANUFACTURERS | : |
| INSURANCE COMPANY D/B/A NJM | : |
| INSURANCE GROUP | : |
| 301 Sullivan Way | : |
| West Trenton, NJ 08628 | : |
| | : |

**NOTICE TO PLAINTIFF**

TO:   LATIONYIA CLEMONS
        c/o   Jeffrey C. Wong, Esq.
        c/o   Adam J. Fein, Esq.
        **CEVALLOS & WONG LLP**
        94 Richboro Road
        Newtown, PA 18940
        Phone: 215-860-5860
        adam@cevalloswong.com
        jeff@cevalloswong.com

**PLEASE TAKE NOTICE** that Defendant, New Jersey Manufacturer Insurance Company, has filed a Notice in the United States District Court for the Eastern District of Pennsylvania for the removal of an action now pending in the Court of Common Pleas of Philadelphia County, captioned *Lationyia Clemons v. New Jersey Manufacturers Insurance Company, Philadelphia County C.C.P., No. 260602909.*

**PLEASE TAKE FURTHER NOTICE** that Defendant, New Jersey Manufacturer Insurance Company, has at the same time filed with the United States District Court for the Eastern District of Pennsylvania a copy of the Complaint, which was filed and entered in the Court of Common Pleas of Philadelphia County.

A copy of said Notice of Removal is attached hereto and is hereby served upon you.

4926-7611-6158, v. 1

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

BY: _____

JUSTIN A. BAYER, ESQ.
Attorney for Defendant
4 Sentry Parkway East, Suite 100
Blue Bell, PA 19422
Phone: 610-275-2000
Fax: 610-275-2018
Email: jbayer@kanepugh.com
Attorney ID# 032722004

Dated: July 20, 2026

4926-7611-6158, v. 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LATIONYIA CLEMONS, | : COURT OF COMMON PLEAS |
| 5817 Hazel Avenue | : COUNTY OF PHILADELPHIA, PA |
| Philadelphia, PA 19143 | : |
| vs. | : Case No. |
| | : |
| NEW JERSEY MANUFACTURERS INSURANCE COMPANY D/B/A NJM INSURANCE GROUP | : |
| 301 Sullivan Way | : |
| West Trenton, NJ 08628 | : |
| | : |
| | : |

**NOTICE OF REMOVAL**

Defendant, New Jersey Manufacturer Insurance Company ("NJM"), by and through its Counsel, Kane, Pugh, Knoell, Troy & Kramer, LLP, hereby submits notice of removal to the United States District Court for the Eastern District of Pennsylvania from the Court of Common Pleas of Philadelphia County, as follows:

1.      Plaintiff, Lationyia Clemons, initiated this action by way of Complaint, filed in the Court of Common Pleas of Philadelphia County, on June 22, 2026, Case No. 260602909.  See a true and correct copy of the Complaint, attached as Exhibit A.

2.      According to an Affidavit of Service, Plaintiff served NJM with original process on June 29, 2026.  See a true and correct copy of the Affidavit of Service filed on behalf of Plaintiff in the Court of Common Pleas of Philadelphia County, attached as Exhibit B.

3.      Upon information and belief, Plaintiff is a domiciliary and, therefore, a citizen of the Commonwealth of Pennsylvania.

4.      NJM is a corporation, incorporated in the State of New Jersey, with a principal place of business at 301 Sullivan Way, West Trenton, New Jersey.

5.      NJM is, therefore, a citizen of New Jersey.

4926-7611-6158, v. 1

6.      The parties are completely diverse.

7.      This United States District embraces Philadelphia County.

8.      Upon information and belief, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

9.      This United States District Court has original jurisdiction over this civil action, under 28 U.S.C. § 1332(a), because it is an action between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interests or costs.

10.      NJM now timely removes this action less than thirty (30) days after Plaintiff served original process upon NJM.

11.      Upon the foregoing, removal of this action to this United States District is proper, under 28 U.S.C. §§ 1332(a), 1441(a), & 1446(b).

12.      NJM is providing written notice of this removal to Plaintiff and will file a copy of the same with this Court, thereby effectuating the removal of this action to this United States District Court.

13.      Removal is hereby effectuated without waiver of any defenses or objections under Federal Rule of Civil Procedure 12.

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

BY: _____

JUSTIN A. BAYER, ESQ.
Attorney for Defendant
4 Sentry Parkway East, Suite 100
Blue Bell, PA 19422
Phone: 610-275-2000
Fax: 610-275-2018
Email: jbayer@kanepugh.com
Attorney ID# 032722004

Dated: July 20, 2026

4926-7611-6158, v. 1